HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL R. DIXON, | ) Case No: C09-04869 JCS )  |
| Plaintiff, | ) ) |
| v. | ) STIPULATION AND ORDER ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, May 19, 2010 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　United States Attorney
2

3

4　Dated: April 14, 2010　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　SHEA LITA BOND
5　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

6

7

8

9　Dated: April 14, 2010　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
10　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　MICHAEL R. DIXON
11

12

13　IT IS SO ORDERED.

14

15

16　Dated: April 15, 2010

17　　　　　　　　　　　　　　　　　　HON.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
18

STIPULATION AND ORDER

2